**DISMISS and Opinion Filed November 7, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00920-CV

### SEYED AMIR MONTAHAEI, Appellant
### V.
### M. GOLKARPARVIN, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-02689-2024**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The clerk's record in this case has not been filed. By letter dated October 1, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification appellant (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required

documentation, or otherwise corresponded with the Court regarding the status of this appeal.[1]

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240920F.P05

---

[1] Appellant filed a docketing statement in this Court on August 15, 2024.  Appellant did not complete the portion of the docketing statement relating to indigency of the party.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SEYED AMIR MONTAHAEI,
Appellant

No. 05-24-00920-CV     V.

M. GOLKARPARVIN, Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-02689-
2024.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

    In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered November 7, 2024